IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00768–MSK–KMT

RG OPTIONS LLC,

    Plaintiff,

v.

JOSEPH C. BERSHAS, and
JULIE C. BERSHAS,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant's [sic] Motion for Leave to Amend Pleadings" (Doc. No. 12, filed July 23, 2013), by which Defendants Joseph and Julie Bersha seek to file an Amend Complaint (*See* Doc. No. 12-2) is DENIED.  First, the court finds that Defendant's counsel has not adequately discharged his duty to confer under Local Rule 7.1A.  *See* D.C.COLO.LCivR 7.1A ("The moving party shall state in the motion, or in a certificate attached to the motion, the *specific* efforts to comply with this rule.") (emphasis added).  Second, although they seek to file an amended pleading, Defendants overlook the fact that they have not yet filed a pleading that might be subject to amendment under Fed. R. Civ. P. 15.  Finally and most importantly, because they are named as *defendants* to Plaintiff's Complaint for Unlawful Detainer (Doc. No. 3), Mr. and Ms. Bershas are not authorized to file a <u>complaint</u>.  *See* Fed. R. Civ. P. 7(a).  Rather, defendants to an action may file only the following pleadings: (1) an answer, which may include one or more counterclaims or crossclaims; (2) an answer to a crossclaim; (3) a third-party complaint; or (4) if ordered, a reply to an answer.  *See id.*; *see also* Fed. R. Civ. P. 13 & 14.

Dated: July 26, 2013